IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEPHANIE LYNN GIBSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARUM KRUPA, LLC and PARI K, LLC,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:21-cv-00096-TES |

## ORDER APPROVING SETTLEMENT AGREEMENT

The Court, having read the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "Motion"), [Doc. 12], and for good cause shown; IT IS **ORDERED** that the proposed Settlement Agreement attached as Exhibit "A" to the Motion is **APPROVED**, and the Motion [Doc. 12] is **GRANTED**. Plaintiff's Complaint against Defendants is **DISMISSED with prejudice**.

The Court shall reserve jurisdiction to enforce the settlement between the Parties.

**SO ORDERED**, this 30th day of December, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT**