IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEPHANIE LYNN GIBSON, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00096-TES |
| | * |
| PARAM KRUPA LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 30, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of December, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk